**Entered on Docket**
**January 27, 2010**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:  Case No. 09-52786
Chapter 11

Caviata Attached Homes, LLC, a Nevada
limited liability company,

Debtor.
_____/

<u>ORDER APPROVING DISCLOSURE STATEMENT and FIXING TIME for FILING
ACCEPTANCES or REJECTIONS of PLAN, FILING WITNESS DECLARATIONS and
RESPONSES, and FILING SUMMARY of BALLOTS</u>

A Disclosure Statement under Chapter 11 of the Bankruptcy Code having been filed by the Debtor-in-Possession on November 16, 2009, together with a Plan of Reorganization, and hearing on the Disclosure Statement, together with the Motion of U.S. Bank National Association for Relief of the Automatic Stay and Objections to the Disclosure Statement, having been held after due notice on January 26, 2010,

IT IS ORDERED, and notice is hereby given:

A. The Disclosure Statement filed by the Debtor-in-Possession dated November 16, 2009, is approved and Objections of U.S. Bank National Association are denied.

B. February 23, 2010, is fixed as the last day for filing written acceptances or objections to the Plan referenced above, and serving said objections pursuant to Fed. R. Bankr. P. 3020(b).

C. All Declarations by the Debtor and creditors and list of witnesses regarding confirmation of the Plan shall be filed by February 23, 2010, with any responses thereto filed by March 1, 2010.

D. A Summary of Ballots shall be filed by March 1, 2010.

E. Within 5 days of the entry of this Order, a Summary of the Disclosure Statement and Plan or Reorganization and Ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the U.S. Trustee pursuant to Fed. R. Bankr. P. 3017(d).

F. Wednesday, March 3, 2010, at 9:30 o'clock a.m., Courtroom 2, U.S. Bankruptcy Court, 300 Booth Street, Reno, Nevada, is set for hearing on Confirmation of the Plan and any further evidence on the Motion of U.S. Bank National for Relief of the Automatic Stay and all objections to the Plan.

Dated January 26, 2010.


By the Court.

_____
U.S. Bankruptcy Judge

-2-