ELECTRONICALLY
OCT 2 1 2010
FILED

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:
Caviata Attached Homes, LLC

Case No. N-09-52786GWZ
Small Business Case Under Chapter 11
NAISC Code 531110
Apartment Conplex Rental

Debtor (s)    For the quarter ending: 09/30/2010 [1]

The revested debtor hereby submits the following post-confirmation report for this calendar quarter:

1. Date of entry of order confirming plan: 04/12/2010

2. Cash balance at beginning of quarter: $224,858.19
   Total receipts during quarter: 603,488.55
   Total disbursements during quarter: 693,025.74
   Cash balance at end of quarter: $135,321.00

3. Payments made pursuant to the Plan this quarter:    Includes Interest    $361,501.59

   Total payments to be made pursuant to the Plan: $23,100,000.00
   Cumulative paid to date:
     Principal    $146,470.17
     Interest    $456,032.51
   Balance remaining to be made under the Plan: Principal    $22,953,529.83

   As of the end of this reporting period    Yes    No

4. Are all payments required by the confirmed plan current at this time? [If not, attach explanatory statement identifying payments not made (by creditor, amount and date due), reason for non-payment, and an estimated date as to when payments will be brought current.]    X

5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? (If yes, attach an explanatory statement.)    X

6. Have quarterly fees due to the United States Trustee to the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6) and the Plan?    X

---

[1] First report shall be filed for the portion of the calendar quarter from date of confirmation to the end of quarter, and subsequent reports shall be filed at the expiration of each calendar quarter thereafter until dismissal.

conversion or entry of a final decree closing the case.  Reports shall be filed with the court and served on the UST not later than twenty (20) days after expiration of the reported period.

|  |  | Yes | No |
|---|---|---|---|
| 7. | Have all motions, contested matters, and adversary proceedings been resolved? (If no, for each such pending motion, contested matter or adversary proceeding, identify the parties and nature of the dispute and state the anticipated resolution.) |  | X |
| 8. | Has the order confirming the Plan become nonappealable? |  | X |
| 9. | Have deposits, if any, required by the Plan been distributed pursuant to the Plan? (If no, please explain.) | X |  |
| 10. | Has any property proposed by the Plan to be transferred been transferred pursuant to the Plan? |  | X |
| 11. | Does any property remain to be transferred pursuant to the Plan? (If yes, identify each such property and the anticipated date of transfer pursuant to the Plan.) | X<br>3 Years remaining to sell or refinance |  |
| 12. | Has the revested debtor(s) or the successor of the debtor(s) assumed the business or management of the property dealt with by the Plan? | X |  |
| 13. | Anticipated date of motion for final decree: | Unknown |  |

I declare under penalty of perjury that the statements set forth above are true and accurate.

10/19/10
Dated:

Responsible Individual (signature)

William D. Pennington
Print Name

Current Address:
8700 Technology Way
Reno, NV  89521

Telephone Number:
775/851-6600

10/8/2010 3:20 PM

Caviata at Kiley Ranch (res30241)
## Balance Sheet (With Period Change)
Period = Sep 2010
Book = Accrual

| Account | Description | Balance Current Period | Beginning Balance | Net Change |
|---|---|---:|---:|---:|
| 0100-000 | ASSETS | | | |
| 1000-000 | CASH | | | |
| 1005-000 | AVAILABLE CASH | | | |
| 1110-000 | Cash - Operating | 135,321.00 | 115,131.74 | 20,189.26 |
| 1110-050 | Cash - Old Operating | 74,290.99 | 74,290.99 | 0.00 |
| 1120-000 | Cash -Security Deposit | 43,185.00 | 43,185.00 | 0.00 |
| 1170-000 | Petty Cash | 500.00 | 500.00 | 0.00 |
| 1180-000 | TOTAL AVAILABLE CASH | 253,296.99 | 233,107.73 | 20,189.26 |
| 1195-000 | TOTAL CASH | 253,296.99 | 233,107.73 | 20,189.26 |
| 1199-000 | ACCOUNTS RECEIVABLE | | | |
| 1200-000 | Accounts Receivable | 2,662.82 | 1,248.50 | 1,414.32 |
| 1210-000 | TOTAL ACCOUNTS RECEIVABLE | 2,662.82 | 1,248.50 | 1,414.32 |
| 1212-000 | CURRENT ASSETS | | | |
| 1215-000 | Prepaid - Expense | 0.00 | 21,141.55 | -21,141.55 |
| 1215-120 | Prepaid - Insurance | 13,147.98 | 13,150.57 | -2.59 |
| 1227-000 | TOTAL CURRENT ASSETS | 13,147.98 | 34,292.12 | -21,144.14 |
| 1500-000 | TOTAL ASSETS | 269,107.79 | 268,648.35 | 459.44 |
| 2500-000 | LIABILITIES & EQUITY | | | |
| 2550-000 | LIABILITIES | | | |
| 2552-000 | ACCOUNTS PAYABLE | | | |
| 2555-000 | Accounts Payable | 10,228.08 | 9,756.64 | 471.44 |
| 2599-000 | TOTAL ACCOUNTS PAYABLE | 10,228.08 | 9,756.64 | 471.44 |
| 2600-000 | OTHER LIABILITIES | | | |
| 2610-000 | Accrued - Expenses | 8,125.00 | 6,500.00 | 1,625.00 |
| 2627-000 | Accrued - Management Fee | 4,332.77 | 4,544.69 | -211.92 |
| 2650-000 | Resident Security Deposit | 43,485.00 | 43,185.00 | 300.00 |
| 2670-000 | Prepaid Rent | 11,350.21 | 16,197.33 | -4,847.12 |
| 2699-000 | TOTAL OTHER LIABILITIES | 67,292.98 | 70,427.02 | -3,134.04 |
| 2750-000 | NOTES PAYABLE | | | |
| 2768-000 | Notes Payable - Mortgage | 22,953,529.86 | 22,983,055.80 | -29,525.94 |
| 2788-000 | TOTAL NOTES PAYABLES | 22,953,529.86 | 22,983,055.80 | -29,525.94 |
| 2790-000 | TOTAL LIABILITIES | 23,031,050.92 | 23,063,239.46 | -32,188.54 |
| 2794-000 | EQUITY | | | |
| 2801-100 | Distributions To Partners | -80,000.00 | -80,000.00 | 0.00 |
| 2801-500 | Owner - Contribution | 128,000.00 | 128,000.00 | 0.00 |
| 2806-000 | Retained Earnings | 162,665.72 | 162,665.72 | 0.00 |
| 2814-000 | Set up Beginning Balances | -23,114,022.42 | -23,114,022.42 | 0.00 |
| 2860-000 | Current Year Earnings | 141,413.57 | 108,765.59 | 32,647.98 |
| 2880-000 | TOTAL EQUITY | -22,761,943.13 | -22,794,591.11 | 32,647.98 |
| 2890-000 | TOTAL LIABILITIES & EQUITY | 269,107.79 | 268,648.35 | 459.44 |

10/8/2010 3:20 PM

Caviata at Kiley Ranch (res30241)
## Cash Flow Statement
Period = Sep 2010
Book = Accrual

| Account | Description | Period to Date | % | Year to Date | % |
|---|---|---:|---:|---:|---:|
| 3000-000 | **INCOME** | | | | |
| 3100-000 | **RENTAL INCOME** | | | | |
| 3105-000 | **RESIDENTIAL RENTAL INCOME** | | | | |
| 3110-000 | Gross Potential Rent | 213,906.00 | 100.00 | 1,925,154.00 | 100.00 |
| 3160-000 | Loss/ Gain to Lease | -2,039.00 | -0.95 | -68,700.00 | -3.57 |
| 3165-000 | **TOTAL RESIDENTIAL RENTAL INCOME** | 211,867.00 | 99.05 | 1,856,454.00 | 96.43 |
| 3169-000 | **ADJUSTED RESIDENTIAL RENT** | | | | |
| 3180-000 | Vacancy Loss | -10,300.36 | -4.82 | -96,652.26 | -5.02 |
| 3270-000 | Expense - Bad Debt | -4,325.00 | -2.02 | -11,824.86 | -0.61 |
| 3280-000 | Loss to Models | -3,759.00 | -1.76 | -46,779.00 | -2.43 |
| 3290-000 | Unit - Office | -980.00 | -0.46 | -7,690.00 | -0.40 |
| 3300-000 | Rent Concession | -5,765.00 | -2.70 | -55,501.15 | -2.88 |
| 3310-000 | Concession - Reserve Ret Events | 50.00 | 0.02 | 0.00 | 0.00 |
| 3358-000 | **TOTAL ADJUSTED RESIDENTIAL RENT** | -25,079.36 | -11.72 | -218,447.27 | -11.35 |
| 3460-000 | **TOTAL RENTAL INCOME** | 186,787.64 | 87.32 | 1,638,006.73 | 85.08 |
| 3500-000 | **OTHER INCOME** | | | | |
| 3502-000 | Forfeited Security Deposits | 114.70 | 0.05 | 1,414.70 | 0.07 |
| 3512-000 | Non Refundable - Admin Fees | 1,200.00 | 0.56 | 14,660.00 | 0.76 |
| 3514-000 | Non Refundable - Cleaning Fees | 0.00 | 0.00 | 636.90 | 0.03 |
| 3516-000 | Non Refundable - Pet Fees | -985.00 | -0.46 | -1,865.00 | -0.10 |
| 3520-000 | Fees - Application | 490.00 | 0.23 | 3,990.00 | 0.21 |
| 3524-000 | Fees - Late Payment | 659.00 | 0.31 | 7,529.00 | 0.39 |
| 3525-000 | Fees - Month to Month | 150.00 | 0.07 | 952.50 | 0.05 |
| 3526-000 | Fees - NSF | 100.00 | 0.05 | 550.00 | 0.03 |
| 3528-000 | Fees - Termination | 0.00 | 0.00 | 7,282.71 | 0.38 |
| 3550-000 | Income - Cable Television | 27.10 | 0.01 | 0.00 | 0.00 |
| 3558-000 | Income - Other | 142.54 | 0.07 | 5,573.82 | 0.29 |
| 3580-000 | Bad Debt Recovery | 886.28 | 0.41 | 20,701.94 | 1.08 |
| 3582-000 | Damages | 466.44 | 0.22 | 2,449.50 | 0.13 |
| 3584-000 | Eviction Charge | 90.00 | 0.04 | 607.50 | 0.03 |
| 3588-000 | Furniture Rental | 0.00 | 0.00 | 4,197.56 | 0.22 |
| 3590-000 | Utility Reimburse - Electricity | 327.64 | 0.15 | 2,972.68 | 0.15 |
| 3594-000 | Billback - Waste Removal | 2,693.92 | 1.26 | 24,332.21 | 1.26 |
| 3597-000 | Billback - Water/ Sewer | 6,982.85 | 3.26 | 63,821.29 | 3.32 |
| 3650-000 | **TOTAL OTHER INCOME** | 13,345.47 | 6.24 | 159,807.31 | 8.30 |
| 3700-000 | **TOTAL INCOME** | 200,133.11 | 93.56 | 1,797,814.04 | 93.39 |
| 4000-000 | **OPERATING EXPENSES** | | | | |
| 4005-000 | **PAYROLL EXPENSES** | | | | |
| 4010-000 | **ADMINISTRATIVE PAYROLL EXPENSES** | | | | |
| 4012-000 | Administrative - Manager Salary | 3,580.78 | 1.67 | 34,243.34 | 1.78 |
| 4014-000 | Administrative - Asst Mgr Salary | 2,145.73 | 1.00 | 21,453.96 | 1.11 |
| 4018-000 | Administrative - Leasing Salary | -1,318.87 | -0.62 | 10,875.87 | 0.56 |
| 4020-000 | Administrative - Rent Allowance | 0.00 | 0.00 | 276.90 | 0.01 |
| 4021-200 | Administrative - Leasing Bonuses | 1,006.75 | 0.47 | 5,717.25 | 0.30 |
| 4021-800 | Administrative - Medical Insurance | 389.15 | 0.18 | 2,791.30 | 0.15 |
| 4022-200 | Administrative - FICA | 386.06 | 0.18 | 4,303.39 | 0.22 |
| 4022-800 | Administrative - FUTA | 30.16 | 0.01 | 213.47 | 0.01 |
| 4023-000 | Administrative - SUTA | 75.55 | 0.04 | 709.43 | 0.04 |
| 4026-000 | Administrative - Workers Compensation | 215.77 | 0.10 | 1,880.49 | 0.10 |
| 4029-000 | **TOTAL ADMIN. PAYROLL EXPENSES** | 6,511.08 | 3.04 | 82,465.40 | 4.28 |

10/8/2010 3:20 PM

Caviata at Kiley Ranch (res30241)
## Cash Flow Statement
Period = Sep 2010
Book = Accrual

| Account | Description | Period to Date | % | Year to Date | % |
|---|---|---:|---:|---:|---:|
| 4030-000 | **R&M PAYROLL EXPENSES** | | | | |
| 4030-100 | Maintenance - Supervisor Labor | 2,472.03 | 1.16 | 25,141.50 | 1.31 |
| 4030-400 | Maintenance - Assistant Labor | 990.37 | 0.46 | 16,681.14 | 0.87 |
| 4032-000 | R&M - Bonuses | 0.00 | 0.00 | 1,565.30 | 0.08 |
| 4032-200 | R&M - FICA | 206.46 | 0.10 | 2,727.47 | 0.14 |
| 4032-600 | R&M - FUTA | 0.00 | 0.00 | 164.86 | 0.01 |
| 4033-000 | R&M - SUTA | 47.95 | 0.02 | 486.05 | 0.03 |
| 4035-200 | R&M - Workmans Compensation | 295.55 | 0.14 | 2,996.99 | 0.16 |
| 4035-800 | R&M - Medical Insurance | 389.14 | 0.18 | 1,534.78 | 0.08 |
| 4039-000 | **TOTAL R&M PAYROLL EXPENSES** | 4,401.50 | 2.06 | 51,298.09 | 2.66 |
| 4095-000 | **TOTAL PAYROLL EXPENSES** | 10,912.58 | 5.10 | 133,763.49 | 6.95 |
| 4100-000 | **ADMINISTRATIVE EXPENSES** | | | | |
| 4144-000 | Employee Screening | 0.00 | 0.00 | 495.28 | 0.03 |
| 4148-000 | Bank Charges | 457.20 | 0.21 | 5,135.35 | 0.27 |
| 4158-000 | Fees - Payroll | 55.50 | 0.03 | 527.73 | 0.03 |
| 4159-000 | Fees - Trustee | 1,625.00 | 0.76 | 14,625.00 | 0.76 |
| 4161-000 | Permits & Licenses | 0.00 | 0.00 | 5,679.58 | 0.30 |
| 4170-000 | Hospitalities | 0.00 | 0.00 | 529.65 | 0.03 |
| 4192-000 | Legal - Evictions | 147.00 | 0.07 | 1,332.00 | 0.07 |
| 4194-000 | Legal - Other | 0.00 | 0.00 | 250.00 | 0.01 |
| 4208-000 | Expense - Training | 158.33 | 0.07 | 662.52 | 0.03 |
| 4223-000 | Management Fee | 4,332.77 | 2.03 | 40,350.26 | 2.10 |
| 4250-000 | Office Supplies | 291.40 | 0.14 | 2,207.95 | 0.11 |
| 4252-000 | Overnight Mail | 51.50 | 0.02 | 861.80 | 0.04 |
| 4256-000 | Postage | 85.84 | 0.04 | 791.96 | 0.04 |
| 4262-000 | Answering Machine Service | 222.88 | 0.10 | 1,892.76 | 0.10 |
| 4264-000 | Computer/Modem | 0.00 | 0.00 | 1,542.69 | 0.08 |
| 4268-000 | Office Telephone | 363.92 | 0.17 | 2,454.59 | 0.13 |
| 4270-000 | Copier Expenses | 0.00 | 0.00 | 50.25 | 0.00 |
| 4290-000 | Other Administrative Expense | 0.00 | 0.00 | 6,494.33 | 0.34 |
| 4295-000 | **TOTAL ADMINISTRATIVE EXPENSES** | 7,791.34 | 3.64 | 85,883.70 | 4.46 |
| 4300-000 | **MARKETING & RETENTION** | | | | |
| 4304-000 | Apartment Guide | 3,591.70 | 1.68 | 29,355.35 | 1.52 |
| 4310-000 | For Rent | 940.00 | 0.44 | 11,408.22 | 0.59 |
| 4311-000 | Internet/On-Line Advertising | 150.00 | 0.07 | 4,332.88 | 0.23 |
| 4313-000 | Promotions | 0.00 | 0.00 | 800.00 | 0.04 |
| 4318-000 | Sign and Banners | 132.50 | 0.06 | 1,013.19 | 0.05 |
| 4332-000 | Activities | 0.00 | 0.00 | 500.00 | 0.03 |
| 4356-000 | Shopping Reports | 0.00 | 0.00 | 190.00 | 0.01 |
| 4358-000 | Training | 0.00 | 0.00 | 340.00 | 0.02 |
| 4366-000 | Referrals - Resident | 500.00 | 0.23 | 2,000.00 | 0.10 |
| 4370-000 | Tenant Screening | 264.48 | 0.12 | 2,706.92 | 0.14 |
| 4375-000 | Collateral Supplies | 0.00 | 0.00 | 1,835.00 | 0.10 |
| 4391-000 | Uniforms | 0.00 | 0.00 | 570.45 | 0.03 |
| 4397-000 | **TOTAL MARKETING/ RETENTION** | 5,578.68 | 2.61 | 55,052.01 | 2.86 |
| 4400-000 | **MAINTENANCE & REPAIRS** | | | | |
| 4431-000 | Repairs & Maintenance Supplies | 1,148.45 | 0.54 | 11,746.42 | 0.61 |
| 4434-000 | Cleaning Supplies | 0.00 | 0.00 | 92.18 | 0.00 |
| 4438-000 | Equipment Supplies | 0.00 | 0.00 | 721.48 | 0.04 |
| 4448-000 | Paint Supplies | 108.26 | 0.05 | 1,220.18 | 0.06 |
| 4470-000 | Repair & Maintenance Services | 1,880.00 | 0.88 | 5,632.98 | 0.29 |
| 4484-000 | Electrical Services | 195.00 | 0.09 | 390.00 | 0.02 |
| 4488-000 | HVAC Services | 0.00 | 0.00 | 108.00 | 0.01 |
| 4494-000 | Pest Control Services | 125.00 | 0.06 | 775.00 | 0.04 |
| 4496-000 | Plumbing Services | 0.00 | 0.00 | 452.99 | 0.02 |
| 4552-000 | Landscape - Annual Contract | 4,776.13 | 2.23 | 22,914.44 | 1.19 |
| 4570-000 | Landscape - Snow Removal | 0.00 | 0.00 | 9,761.00 | 0.51 |

10/8/2010 3:20 PM

Caviata at Kiley Ranch (res30241)
## Cash Flow Statement
Period = Sep 2010
Book = Accrual

|  |  | Period to Date | % | Year to Date | % |
|---|---|---:|---:|---:|---:|
| 4572-000 | Pool - Supplies | 1,767.73 | 0.83 | 3,028.33 | 0.16 |
| 4578-000 | Pool - Contract Maintenance | 0.00 | 0.00 | 815.51 | 0.04 |
| 4622-000 | Security/Courtesy Patrol - Contract Service | 930.00 | 0.43 | 5,266.00 | 0.27 |
| 4626-000 | Security - Fire Protection | 0.00 | 0.00 | 4,762.76 | 0.25 |
| 4632-000 | Alarm - Service | 0.00 | 0.00 | 1,265.64 | 0.07 |
| 4695-000 | **TOTAL MAINTENANCE & REPAIR** | 10,930.57 | 5.11 | 68,952.91 | 3.58 |
|  |  |  |  |  |  |
| 4700-000 | **TURNOVER EXPENSES** |  |  |  |  |
| 4702-000 | Turnover - Carpet Cleaning | 2,075.00 | 0.97 | 13,320.00 | 0.69 |
| 4712-000 | Turnover - Cleaning | 1,180.00 | 0.55 | 17,822.58 | 0.93 |
| 4795-000 | **TOTAL TURNOVER EXPENSES** | 3,255.00 | 1.52 | 31,142.58 | 1.62 |
|  |  |  |  |  |  |
| 4800-000 | **UTILITIES** |  |  |  |  |
| 4802-000 | Electricity - Common Area | 2,430.52 | 1.14 | 33,359.86 | 1.73 |
| 4804-000 | Electricity - Vacant Units | 1,262.99 | 0.59 | 8,490.27 | 0.44 |
| 4812-000 | Gas - Common Area | 321.75 | 0.15 | 321.75 | 0.02 |
| 4814-000 | Gas - Pool & Spa | 0.00 | 0.00 | 2,917.30 | 0.15 |
| 4817-000 | Gas - Vacant | 756.97 | 0.35 | 7,044.45 | 0.37 |
| 4820-000 | Sewer | 225.19 | 0.11 | 45,646.83 | 2.37 |
| 4844-000 | Waste Removal | 0.00 | 0.00 | 24,525.52 | 1.27 |
| 4852-000 | Water - Common Area | 1,994.12 | 0.93 | 20,258.94 | 1.05 |
| 4895-000 | **TOTAL UTILITIES** | 6,991.54 | 3.27 | 142,564.92 | 7.41 |
|  |  |  |  |  |  |
| 5000-000 | **TAXES & INSURANCE** |  |  |  |  |
| 5004-000 | Insurance - Expense | 4,387.84 | 2.05 | 39,490.52 | 2.05 |
| 5006-000 | Property Taxes | 21,141.55 | 9.88 | 226,015.00 | 11.74 |
| 5023-000 | Taxes - Other | 4,432.34 | 2.07 | 31,038.15 | 1.61 |
| 5199-000 | **TOTAL TAXES & INSURANCE** | 29,961.73 | 14.01 | 296,543.67 | 15.40 |
|  |  |  |  |  |  |
| 5350-000 | **TOTAL OPERATING EXPENSES** | 75,421.44 | 35.26 | 813,903.28 | 42.28 |
|  |  |  |  |  |  |
| 5400-000 | **NET OPERATING INCOME** | 124,711.67 | 58.30 | 983,910.76 | 51.11 |
|  |  |  |  |  |  |
| 6500-000 | **DEBT SERVICE** |  |  |  |  |
| 6508-000 | Debt Service - Interest | 90,974.59 | 42.53 | 835,745.12 | 43.41 |
| 6530-000 | **TOTAL DEBT SERVICE** | 90,974.59 | 42.53 | 835,745.12 | 43.41 |
|  |  |  |  |  |  |
| 6600-000 | **NET INCOME** | 33,737.08 | 15.77 | 148,165.64 | 7.70 |
|  |  |  |  |  |  |
| 7100-000 | **OTHER/ MISCELLANEOUS EXPENSES** |  |  |  |  |
| 7101-000 | Prior Year - Expenses | 0.00 | 0.00 | -250.52 | -0.01 |
| 7410-000 | **TOTAL OTHER/ MISCELLANEOUS EXPEI** | 0.00 | 0.00 | -250.52 | -0.01 |
|  |  |  |  |  |  |
| 7500-000 | **NET CASH FLOW** | 33,737.08 | 15.77 | 148,416.16 | 7.71 |
|  |  |  |  |  |  |
| 8000-000 | **CAPITAL EXPENDITURES** |  |  |  |  |
| 8090-000 | Cptl - Carpet/Vinyl Replacement | 1,089.10 | 0.51 | 7,002.59 | 0.36 |
| 8650-000 | **TOTAL CAPITAL EXPENDITURES** | 1,089.10 | 0.51 | 7,002.59 | 0.36 |
|  |  |  |  |  |  |
| 9130-000 | **TOTAL NET INCOME** | 32,647.98 | 15.26 | 141,413.57 | 7.35 |
|  |  |  |  |  |  |
| 9800-000 | **NET INCOME AFTER ADJUSTMENTS** | 32,647.98 | 15.26 | 141,413.57 | 7.35 |
|  | **ADJUSTMENTS** |  |  |  |  |
| 1110-050 | Cash - Old Operating | 0.00 | 0.00 | -74,290.99 | -3.86 |
| 1120-000 | Cash -Security Deposit | 0.00 | 0.00 | -3,972.50 | -0.21 |
| 1200-000 | Accounts Receivable | -1,414.32 | -0.66 | 4,159.19 | 0.22 |

10/8/2010 3:20 PM

Caviata at Kiley Ranch (res30241)
**Cash Flow Statement**
Period = Sep 2010
Book = Accrual

| | | Period to Date | % | Year to Date | % |
|---|---|---|---|---|---|
| 1215-000 | Prepaid - Expense | 21,141.55 | 9.88 | 8,406.94 | 0.44 |
| 1215-120 | Prepaid - Insurance | 2.59 | 0.00 | -4,372.33 | -0.23 |
| 2555-000 | Accounts Payable | 471.44 | 0.22 | 6,324.09 | 0.33 |
| 2610-000 | Accrued - Expenses | 1,625.00 | 0.76 | 5,731.00 | 0.30 |
| 2627-000 | Accrued - Management Fee | -211.92 | -0.10 | -203.44 | -0.01 |
| 2650-000 | Resident Security Deposit | 300.00 | 0.14 | 2,972.50 | 0.15 |
| 2670-000 | Prepaid Rent | -4,847.12 | -2.27 | -4,855.23 | -0.25 |
| 2768-000 | Notes Payable - Mortgage | -29,525.94 | -13.80 | 22,953,529.86 | 1,192.30 |
| 2814-000 | Set up Beginning Balances | 0.00 | 0.00 | -23,100,000.00 | -1,199.90 |
| | TOTAL ADJUSTMENTS | -12,458.72 | -5.82 | -206,570.91 | -10.73 |
| | CASH FLOW | 20,189.26 | 9.44 | -65,157.34 | -3.38 |

10/8/2010 3:21 PM

**True Period Aging Detail**
**Caviata at Kiley Ranch**
Property=res30241
mm/yy=09/2010
Age as of=09/20/2010

| Vendor Name - Code / Invoice Notes | Tran# | Property | Date | Account | Invoice Number | Current Owed | 0 - 30 Owed | 31 - 60 Owed | 61 - 90 Owed | Over 90 Owed |
|---|---|---|---|---|---|---|---|---|---|---|
| **ABC Fire and Cylinder Service - spt16185** | | | | | | | | | | |
| Fire Ext service | P-4964238 | res30241 | 8/16/2010 | 4470000 | 67262 | 515.64 | 0.00 | 515.64 | 0.00 | 0.00 |
| Total ABC Fire and Cylinder Service - spt16185 | | | | | | 515.64 | 0.00 | 515.64 | 0.00 | 0.00 |
| | | | | | | | | | | |
| **Century Landscapes, LLC - CS086795** | | | | | | | | | | |
| monthly service 08/2010 | P-4964194 | res30241 | 8/16/2010 | 4552000 | 2880 | 2,001.00 | 0.00 | 2,001.00 | 0.00 | 0.00 |
| irrigation repair 1400 | P-5003699 | res30241 | 9/10/2010 | 4556000 | 2918 | 202.89 | 202.89 | 0.00 | 0.00 | 0.00 |
| monthly contract 09/2010 | P-5003686 | res30241 | 9/10/2010 | 4552000 | 2986 | 2,001.00 | 2,001.00 | 0.00 | 0.00 | 0.00 |
| valve repairs 09/2010 | P-5003693 | res30241 | 9/10/2010 | 4556000 | 2952 | 99.24 | 99.24 | 0.00 | 0.00 | 0.00 |
| repair bldg 100 | P-5007952 | res30241 | 9/14/2010 | 4556000 | 2996 | 79.00 | 79.00 | 0.00 | 0.00 | 0.00 |
| Total Century Landscapes, LLC - CS086795 | | | | | | 4,383.13 | 2,382.13 | 2,001.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| **Robert Half Finance And Acct - mtg00718** | | | | | | | | | | |
| Temp Cox 24hrs | P-4851020 | res30241 | 6/7/2010 | 4018000 | 31227377 | 344.65 | 0.00 | 0.00 | 0.00 | 344.65 |
| temp Shayla Cox | P-4862851 | res30241 | 6/14/2010 | 4018000 | 31272378.6 | 416.44 | 0.00 | 0.00 | 0.00 | 416.44 |
| temp asst mgr | P-4862864 | res30241 | 6/14/2010 | 4014000 | 31253799.6 | 124.72 | 0.00 | 0.00 | 0.00 | 124.72 |
| temp asst mgr | P-4862857 | res30241 | 6/14/2010 | 4014000 | 31272237.6 | 498.88 | 0.00 | 0.00 | 0.00 | 498.88 |
| leasign agent Cox | P-4891837 | res30241 | 6/15/2010 | 4018000 | 31321210 | 430.80 | 0.00 | 0.00 | 0.00 | 430.80 |
| asst mgr Vizcarra | P-4891841 | res30241 | 6/16/2010 | 4014000 | 31325743 | 623.60 | 0.00 | 0.00 | 0.00 | 623.60 |
| asst mgr Vizcarra | P-4891843 | res30241 | 6/22/2010 | 4014000 | 31358464 | 623.30 | 0.00 | 0.00 | 0.00 | 623.30 |
| leasing agent Cox | P-4891846 | res30241 | 6/22/2010 | 4018000 | 31358551 | 423.62 | 0.00 | 0.00 | 0.00 | 423.62 |
| leasing agent Cox | P-4891857 | res30241 | 6/29/2010 | 4018000 | 31395655 | 186.68 | 0.00 | 0.00 | 186.68 | 0.00 |
| asst mgr Vizcarra | P-4891852 | res30241 | 6/29/2010 | 4014000 | 31395568 | 623.60 | 0.00 | 0.00 | 623.60 | 0.00 |
| asst mgr hours | P-4917154 | res30241 | 7/19/2010 | 4014000 | 31438966 | 658.86 | 0.00 | 0.00 | 658.86 | 0.00 |
| asst mgr hours | P-4917160 | res30241 | 7/19/2010 | 4014000 | 31471377 | 374.16 | 0.00 | 0.00 | 374.16 | 0.00 |
| Total Robert Half Finance And Acct - mtg00718 | | | | | | 5,329.31 | 0.00 | 0.00 | 1,843.30 | 3,486.01 |
| | | | | | | | | | | |
| **Grand Total** | | | | | | 10,228.08 | 2,382.13 | 2,516.64 | 1,843.30 | 3,486.01 |

Pinnacle, An American Management Services Company
**BANK RECONCILIATION**

**PROPERTY:** Caviata @ Kiley Ranch
**MONTH:** Aug-10

**BANK:** Bank of America
**ACCOUNT TYPE:** Security
**ACCOUNT NUMBER:** ▇▇▇▇6883
**G/L NUMBER:** 1120-000

### OUTSTANDING CHECKS*

| Date | Check No. | Amount | Date | Check No. | Amount |
|------|-----------|--------|------|-----------|--------|
|      |           |        |      |           |        |

### RECONCILIATION

| Description | Date | Amount |
|---|---|---|
| Bank Statement Balance ▇▇▇ 357: |  | $ 43,185.00 |
| Outstanding Checks (See Left): |  | . |
| Outstanding NSF's (See Below): |  | . |
| Outstanding Deposits/Wires: |  |  |
| **Deposits/Wires Clearing Early:** |  |  |
| **Disbursements Clearing Early:** |  |  |
| **Other Reconciling Items:** |  |  |
| **Journal Entries:** |  |  |
| **Mgmt. Company Items:** |  |  |
| **G/L Balance:** |  | $ 43,185.00 |

### OUTSTANDING RETURNED DEPOSIT ITEMS / NSF'S

| Date | Amount | Issuer / Explanation |
|------|--------|----------------------|

**COMMENTS:**

* See Outstanding Checks Schedule for detail on checks older than 90 days.

Nikhol Perez                      9/13/2010
**Prepared By**                   **Date**

*[signature]*                     9/13/2010
**Approved By**                   **Date**

**Reviewed By**                   **Date**



# Bank of America

Bank of America, N.A.
P.O. Box 1091
Charlotte, N.C. 28254-3489

HH
Page 1 of 3
Statement Period
08/01/10 through 08/31/10
ED   P  PA   0A 57
Enclosures 0
Account Number ▓▓▓▓▓▓ 6883

```
BD 09/08 0  0005 999       647 011831 #@01 AV 0.335
PINNACLE AMS WEST LLC AAF
CAVIATA ATTACHED HOMES
CLIENT TRUST ACCT FOR RES30241 SD
2600 LAKE LUCIEN DR STE 300
MAITLAND FL 32751-7232
```

## Customer Service Information
www.bankofamerica.com

For additional information or service, you may call:
1.888.400.9009

Or you may write to:
Bank of America, N.A.
P.O. Box 1091
Charlotte, N.C. 28254-3489

## Deposit Accounts

### Full Analysis Business Checking

PINNACLE AMS WEST LLC AAF  CAVIATA ATTACHED HOMES
CLIENT TRUST ACCT FOR RES30241 SD

#### Your Account at a Glance

| | | |
|---|---|---|
| Account Number | ▓▓▓▓▓▓ 6883 | |
| Statement Period | 08/01/10 through 08/31/10 | |
| Number of Deposits/Credits | 0 | |
| Number of Withdrawals/Debits | 1 | |
| Number of Days in Cycle | 31 | |

| | |
|---|---|
| Statement Beginning Balance | $45,535.00 |
| Amount of Deposits/Credits | $0.00 |
| Amount of Withdrawals/Debits | $2,350.00 |
| Statement Ending Balance | $43,185.00 |
| Average Ledger Balance | $44,928.54 |
| Service Charge | $0.00 |

### Withdrawals and Debits
#### Other Debits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 08/24 | 0007341982 | 2,350.00 | Account Transfer Trsf To 223012076896 | 906808240008459 |

HH

PINNACLE AMS WEST LLC AAF
CAVIATA ATTACHED HOMES
CLIENT TRUST ACCT FOR RES30241 SD

Page 2 of 3
Statement Period
08/01/10 through 08/31/10
ED  P  PA   0 A 57
Enclosures 0
Account Number ▬▬▬ 6883

## Daily Ledger Balances

| Date  | Balance ($)  | Date  | Balance ($)  |
|-------|--------------|-------|--------------|
| 08/01 | 45,535.00    | 08/24 | 43,185.00    |

**Pinnacle, An American Management Services Company**
**BANK RECONCILIATION**

| PROPERTY: | Caviata @ Kiley Ranch | | BANK: | Bank of America |
| --- | --- | --- | --- | --- |
| | | | ACCOUNT TYPE: | Operating |
| MONTH: | Aug-10 | | ACCOUNT NUMBER: | 6896 |
| | | | G/L NUMBER: | 1110-000 |

### OUTSTANDING CHECKS*

| Date | Check No. | Amount | Date | Check No. | Amount |
| --- | --- | --- | --- | --- | --- |
| 08/19/10 | 2053 | 881.00 | | | |
| 08/19/10 | 2069 | 180.00 | | | |
| 08/20/10 | 2070 | 765.93 | | | |
| 08/20/10 | 2071 | 2,217.93 | | | |
| 08/20/10 | 2072 | 167.93 | | | |
| 08/20/10 | 2078 | 145.43 | | | |
| 08/20/10 | 2080 | 500.00 | | | |

Total: 4,858.22

### RECONCILIATION

| Description | Date | Amount |
| --- | --- | --- |
| Bank Statement Balance 6896: | | $ 121,010.74 |
| Outstanding Checks (See Left): | | (4,858.22) |
| Outstanding NSF's (See Below): | | (1,190.00) |
| **Outstanding Deposits/Wires:** | | |
| Batch 1081867 | 07/12/10 | 1,606.53 |
| Batch 1082077 | 07/12/10 | 1,265.00 |
| Batch 1082363 | 07/12/10 | 1,574.50 |
| Batch 1082500 | 07/13/10 | 1,112.50 |
| Batch 1082576 | 07/13/10 | 3,108.73 |
| Batch 1082595 | 07/13/10 | 1,050.00 |
| Batch 1095398 | 08/16/10 | 504.12 |
| Batch 1095403 | 08/16/10 | 88.63 |
| **Deposits/Wires Clearing Early:** | | |
| Deposit | 08/16/10 | (592.75) |
| Batch 1098701 | 08/25/10 | (655.00) |
| Batch 1098776 | 08/26/10 | (195.00) |
| Batch 1099897 | 08/31/10 | (8,716.39) |
| **Disbursements Clearing Early:** | | |
| **Other Reconciling Items:** | | |
| 07/10 Real Page Fee | 07/15/10 | (319.85) |
| 07/10 Security Reconciliation | 07/23/10 | 4,074.74 |
| 07/10 Security Reconciliation | 07/22/10 | (4,217.07) |
| **Journal Entries:** | | |
| Merchant Bank Fee | 08/03/10 | 184.18 |
| Merchant Bank Fee | 08/03/10 | 45.94 |
| Merchant Bank Fee | 08/03/10 | 37.66 |
| Merchant Bank Fee | 08/03/10 | 11.60 |
| Merchant Bank Fee | 08/03/10 | 5.36 |
| Merchant Bank Fee | 08/03/10 | 5.06 |
| OneSite Billing | 08/16/10 | 167.40 |
| **Mgmt. Company Items:** | | |
| 8/10 Seattle Billback ACH | 08/30/10 | 23.33 |
| **G/L Balance:** | | $ 115,131.74 |

### OUTSTANDING RETURNED DEPOSIT ITEMS / NSF'S

| Date | Amount | Issuer / Explanation |
| --- | --- | --- |
| 06/15/10 | (100.00) | Joseph Pelham |
| 06/15/10 | (35.00) | Joseph Pelham |
| 07/02/10 | (1,205.00) | Dirk Westergard |
| 08/30/10 | 150.00 | NSF |
| | (1,190.00) | |

**COMMENTS:** A transfer from the old operating account will be made in August to correct the 07/10 Security Reconciliation and all outstanding deposits. All NSF will be recorded in September.

* See Outstanding Checks Schedule for detail on checks older than 90 days.

| Nikhal Perez | 9/13/2010 | [signature] | 9/13/2010 |
| --- | --- | --- | --- |
| Prepared By | Date | Approved By | Date |

| | |
| --- | --- |
| Reviewed By | Date |



# Bank of America

Bank of America, N.A.
P.O. Box 1091
Charlotte, N.C. 28254-3489

HH
Page 1 of 5
Statement Period
08/01/10 through 08/31/10
EO  P  PA  0A 57
Enclosures 0
Account Number ▒▒▒▒▒▒ 6896

BD 09/08 0   0005 999        647 011982 #001 AV 0.335
PINNACLE AMS WEST LLC AAF
CAVIATA ATTACHED HOMES
CLIENT TRUST ACCT FOR RES30241 OP
2600 LAKE LUCIEN DR STE 300
MAITLAND FL 32751-7232

## Customer Service Information
www.bankofamerica.com

For additional information or service, you may call:
1.888.400.9009

Or you may write to:
Bank of America, N.A.
P.O. Box 1091
Charlotte, N.C. 28254-3489

## Deposit Accounts

## Full Analysis Business Checking

PINNACLE AMS WEST LLC AAF  CAVIATA ATTACHED HOMES
CLIENT TRUST ACCT FOR RES30241 OP

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | ▒▒▒▒▒▒ 6896 | Statement Beginning Balance | $163,498.67 |
| Statement Period | 08/01/10 through 08/31/10 | Amount of Deposits/Credits | $205,687.29 |
| Number of Deposits/Credits | 33 | Amount of Withdrawals/Debits | $248,175.22 |
| Number of Withdrawals/Debits | 54 | Statement Ending Balance | $121,010.74 |
| Number of Days in Cycle | 31 | Average Ledger Balance | $128,000.91 |
| | | Service Charge | $0.00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 08/02 | | 15,538.00 | Caviata at Kiley Des:Seres30241 ID:4N1ND Indn:Pinnacle    Co ID:1752788861 Ccd | 902314005567256 |
| 08/03 | | 27,402.00 | Caviata at Kiley Des:Seres30241 ID:0Rqrd Indn:Pinnacle    Co ID:1752788861 Ccd | 902315001076492 |

Recycled P.

HH

Page 2 of 5
Statement Period
08/01/10 through 08/31/10
ED  P PA   0 A 57
Enclosures 0
Account Number ▓▓▓▓▓ 6896

PINNACLE AMS WEST LLC AAF
CAVIATA ATTACHED HOMES
CLIENT TRUST ACCT FOR RES30241 OP

### Deposits and Credits - Continued

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 08/04 | | 19,288.87 | Caviata at Kiley Des:Seres30241 ID:732Vd Indn:Pinnacle Co ID:1752788861 Ccd | 902316004300398 |
| 08/04 | | 5,175.00 | Merchant Bnkcd Des:Deposit ID:424399335886 Indn:Caviata@kileyranch: Cn Co ID:9066396104 Ccd | 902316003677290 |
| 08/04 | | 1,040.00 | Caviata at Kiley Des:Seres30241 ID:3Lytd Indn:Pinnacle Co ID:2752788861 Ccd | 902316004300496 |
| 08/04 | | 958.00 | Merchant Bnkcd Des:Deposit ID:424399334889 Indn:Caviata@kileyranch: Cp Co ID:9066396104 Ccd | 902316003677289 |
| 08/04 | | 250.00 | Caviata at Kiley Des:res30241 ID:832Vd Indn:Pinnacle Co ID:1752788861 Ccd | 902316004300400 |
| 08/05 | | 18,715.16 | Caviata at Kiley Des:Seres30241 ID:9Kvwd Indn:Pinnacle Co ID:1752788861 Ccd | 902317008263557 |
| 08/05 | | 2,370.00 | Merchant Bnkcd Des:Deposit ID:424399335886 Indn:Caviata@kileyranch: Cn Co ID:9066396104 Ccd | 902317007371864 |
| 08/05 | | 1,935.80 | Caviata at Kiley Des:Seres30241 ID:0Lrwd Indn:Pinnacle Co ID:2752788861 Ccd | 902317008263668 |
| 08/06 | | 20,127.65 | Caviata at Kiley Des:Seres30241 ID:6Syxd Indn:Pinnacle Co ID:1752788861 Ccd | 902318001802846 |
| 08/06 | | 4,662.50 | Caviata at Kiley Des:Seres30241 ID:8Mvxd Indn:Pinnacle Co ID:2752788861 Ccd | 902318001802941 |
| 08/06 | | 2,190.00 | Merchant Bnkcd Des:Deposit ID:424399335886 Indn:Caviata@kileyranch: Cn Co ID:9066396104 Ccd | 902318001240249 |
| 08/09 | | 39,060.10 | Caviata at Kiley Des:Seres30241 ID:97Wyd Indn:Pinnacle Co ID:1752788861 Ccd | 902321004652714 |
| 08/09 | | 2,674.00 | Merchant Bnkcd Des:Deposit ID:424399335886 Indn:Caviata@kileyranch: Cn Co ID:9066396104 Ccd | 902321004504631 |
| 08/09 | | 1,460.00 | Caviata at Kiley Des:Seres30241 ID:6Yryd Indn:Pinnacle Co ID:2752788861 Ccd | 902321004652801 |
| 08/10 | | 8,229.87 | Caviata at Kiley Des:Seres30241 ID:0Mgzd Indn:Pinnacle Co ID:1752788861 Ccd | 902322008738503 |
| 08/10 | | 5,470.00 | Caviata at Kiley Des:Seres30241 ID:9Cczd Indn:Pinnacle Co ID:2752788861 Ccd | 902322008738578 |
| 08/10 | | 958.00 | Merchant Bnkcd Des:Deposit ID:424399334889 Indn:Caviata@kileyranch: Cp Co ID:9066396104 Ccd | 902321006467933 |
| 08/11 | | 3,825.00 | Caviata at Kiley Des:Seres30241 ID:Txnzd Indn:Pinnacle Co ID:2752788861 Ccd | 902323001333398 |
| 08/12 | | 1,200.00 | Caviata at Kiley Des:Seres30241 ID:Hkyzd Indn:Pinnacle Co ID:2752788861 Ccd | 902324004353084 |
| 08/16 | | 592.75 | Deposit | 813007412606650 |
| 08/17 | | 1,512.50 | Caviata at Kiley Des:Seres30241 ID:Pk21F Indn:Pinnacle Co ID:1752788861 Ccd | 902329006051672 |
| 08/18 | | 1,458.99 | Deposit | 813007412652083 |
| 08/18 | | 35.00 | Merchant Bnkcd Des:Deposit ID:424399335886 Indn:Caviata@kileyranch: Cn Co ID:9066396104 Ccd | 902330008861233 |
| 08/19 | | 6,701.06 | Caviata at Kiley Des:Seres30241 ID:Kmg1F Indn:Pinnacle Co ID:2752788861 Ccd | 902331002001648 |
| 08/19 | | 135.00 | Caviata at Kiley Des:Seres30241 ID:Fpj1F Indn:Pinnacle Co ID:1752788861 Ccd | 902331002001610 |
| 08/20 | | 35.00 | Merchant Bnkcd Des:Deposit ID:424399335886 Indn:Caviata@kileyranch: Cn Co ID:9066396104 Ccd | 902332005353359 |
| 08/23 | | 770.65 | Caviata at Kiley Des:Seres30241 ID:T4Y1F Indn:Pinnacle Co ID:2752788861 Ccd | 902335008527481 |
| 08/24 | 0007341982 | 2,350.00 | Account Transfer Trsf From 223012076883 | 906808240008460 |
| 08/25 | | 655.00 | Caviata at Kiley Des:Seres30241 ID:Rpm2F Indn:Pinnacle Co ID:1752788861 Ccd | 902337004709260 |



# Bank of America

HH

PINNACLE AMS WEST LLC AAF
CAVIATA ATTACHED HOMES
CLIENT TRUST ACCT FOR RES30241 OP

Page 3 of 5
Statement Period
08/01/10 through 08/31/10
E0   P PA   0A 57
Enclosures 0
Account Number ▓▓▓▓ 6896

## Deposits and Credits - Continued

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 08/26 | | 195.00 | Merchant Bnkcd   Des:Deposit   ID:424399335886 Indn:Caviata@kileyranch: Cn   Co ID:9066396104 Ccd | 902338007371008 |
| 08/31 | | 8,716.39 | Caviata at Kiley Des:Seres30241 ID:1Td4F Indn:Pinnacle          Co ID:1752788861 Ccd | 902343009319373 |

## Withdrawals and Debits
### Checks

| Check Number | Amount ($) | Date Posted | Bank Reference | Check Number | Amount ($) | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 2014 | 765.93 | 08/03 | 813002192490493 | 2058 | 1,158.30 | 08/24 | 813009592319127 |
| 2015 | 2,217.93 | 08/03 | 813002192490494 | 2059 | 12.11 | 08/24 | 813006692660407 |
| 2027* | 44.55 | 08/03 | 813009292283080 | 2060 | 3,681.70 | 08/23 | 813007992174857 |
| 2042* | 130.00 | 08/23 | 813007412697056 | 2061 | 150.00 | 08/23 | 813009292449784 |
| 2043 | 130.00 | 08/23 | 813007412697055 | 2062 | 470.00 | 08/26 | 813008792618321 |
| 2045* | 89.37 | 08/13 | 813006292371096 | 2063 | 470.00 | 08/26 | 813008792618322 |
| 2046 | 63,424.65 | 08/10 | 813002192778593 | 2064 | 247.50 | 08/25 | 813009792891095 |
| 2047 | 535.65 | 08/17 | 813009592639878 | 2065 | 500.00 | 08/23 | 813001582099702 |
| 2048 | 7,091.43 | 08/13 | 813008892455638 | 2066 | 292.00 | 08/27 | 813008892895056 |
| 2049 | 4,385.25 | 08/09 | 813004470032048 | 2067 | 125.00 | 08/24 | 813006792464669 |
| 2050 | 975.00 | 08/19 | 813005992024737 | 2068 | 264.48 | 08/23 | 813006392644993 |
| 2051 | 2,765.00 | 08/25 | 813009892095089 | 2073* | 111.82 | 08/25 | 813009892609157 |
| 2052 | 2,084.44 | 08/24 | 813009692394392 | 2074 | 2,080.27 | 08/26 | 813008792115299 |
| 2054* | 420.40 | 08/25 | 813006992364482 | 2075 | 200.04 | 08/27 | 813008992040404 |
| 2055 | 2,040.00 | 08/30 | 813009192228713 | 2076 | 355.00 | 08/27 | 813008292213001 |
| 2056 | 2,184.25 | 08/25 | 813009892193126 | 2077 | 470.61 | 08/27 | 813008192242242 |
| 2057 | 3,223.34 | 08/24 | 813009692394393 | 2079* | 815.51 | 08/30 | 813009192858822 |

* Gap in sequential check numbers.

### Other Debits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 08/02 | | 120,500.53 | Wire Type:Wire Out Date:100802 Time:1402 Et Trn:2010080200244699 Service Ref:008427 Bnf:US Bank National Associati ID:104790450878 Bnf Bk:U.S. Bank,N.A. ID:122235821 Pmt Det:3103928 9 8/10 Mortgage PA 8/10 Caviata At Kiley Ranch Mor | 903708020244699 |
| 08/03 | | 184.18 | Merchant Bnkcd   Des:Interchng   ID:424399335886 Indn:Caviata@kileyranch: Cn   Co ID:9066396104 Ccd | 902315000089012 |
| 08/03 | | 45.94 | Merchant Bnkcd   Des:Interchng   ID:424399334889 Indn:Caviata@kileyranch: Cp   Co ID:9066396104 Ccd | 902315000089011 |
| 08/03 | | 37.66 | Merchant Bnkcd   Des:Discount   ID:424399335886 Indn:Caviata@kileyranch: Cn   Co ID:9066396104 Ccd | 902315000089032 |
| 08/03 | | 11.60 | Merchant Bnkcd   Des:Discount   ID:424399334889 Indn:Caviata@kileyranch: Cp   Co ID:9066396104 Ccd | 902315000089031 |
| 08/03 | | 5.36 | Merchant Bnkcd   Des:Fee   ID:424399335886 Indn:Caviata@kileyranch: Cn   Co ID:9066396104 Ccd | 902315000089147 |
| 08/03 | | 5.06 | Merchant Bnkcd   Des:Fee   ID:424399334889 Indn:Caviata@kileyranch: Cp   Co ID:9066396104 Ccd | 902315000089146 |
| 08/04 | | 6,776.44 | American Managem Des:Pinnacle A ID:30241 Indn:Caviata at Kiley Ranch   Co ID:1912184132 Ccd | 902315002885417 |
| 08/05 | | 1,360.00 | Caviata at Kiley Des:Rtres30241 ID:Crtwd Indn:Pinnacle            Co ID:1752788861 Ccd | 902317008263519 |

Recycled Paper

HH

PINNACLE AMS WEST LLC AAF
CAVIATA ATTACHED HOMES
CLIENT TRUST ACCT FOR RES30241 OP

Page 4 of 5
Statement Period
08/01/10 through 08/31/10
E0   P PA   0 A 57
Enclosures 0
Account Number ▮▮▮▮▮▮▮ 6896

## Withdrawals and Debits - Continued
### Other Debits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 08/09 | | 4,413.76 | American Managem Des:Pinnacle A ID:30241 Indn:Caviata at Kiley Ranch  Co ID:2912184132 Ccd | 902318003496377 |
| 08/09 | | 2,402.00 | Caviata at Kiley Des:Rtres30241 ID:0Bvyd Indn:Pinnacle           Co ID:1752788861 Ccd | 902321004652665 |
| 08/12 | | 1,223.00 | Caviata at Kiley Des:Rtres30241 ID:1M00F Indn:Pinnacle           Co ID:1752788861 Ccd | 902324004353015 |
| 08/13 | | 127.40 | American Managem Des:Pinnacle A ID:30241 Indn:Caviata at Kiley Ranch  Co ID:3912184132 Ccd | 902324007250080 |
| 08/13 | | 19.20 | American Managem Des:Pinnacle A ID:30241 Indn:Caviata at Kiley Ranch  Co ID:3912184132 Ccd | 902324007250078 |
| 08/13 | | 16.42 | American Managem Des:Pinnacle A ID:30241 Indn:Caviata at Kiley Ranch  Co ID:3912184132 Ccd | 902324007250079 |
| 08/16 | | 425.64 | American Managem Des:Pinnacle A ID:30241 Indn:Caviata at Kiley Ranch  Co ID:1912184132 Ccd | 902325010315324 |
| 08/16 | | 167.40 | Billing         Des:Sigonfile ID:Gfb0F Indn:Caviata at Kiley Ranch  Co ID:1752788861 Ppd | 902328001454427 |
| 08/19 | | 6,368.77 | American Managem Des:Pinnacle A ID:30241 Indn:Caviata at Kiley Ranch  Co ID:1912184132 Ccd | 902330011174299 |
| 08/30 | | 150.00 | Caviata at Kiley Des:Rtres30241 ID:5NJ3F Indn:Pinnacle           Co ID:1752788861 Ccd | 902342004533401 |
| 08/30 | | 23.33 | American Managem Des:Pinnacle A ID:30241 Indn:Caviata at Kiley Ranch  Co ID:3912184132 Ccd | 902339003653893 |

### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 08/01 | 163,498.67 | 08/11 | 138,247.78 | 08/23 | 128,793.27 |
| 08/02 | 58,536.14 | 08/12 | 138,224.78 | 08/24 | 124,540.08 |
| 08/03 | 82,619.93 | 08/13 | 130,880.96 | 08/25 | 119,466.11 |
| 08/04 | 102,555.36 | 08/16 | 130,880.67 | 08/26 | 116,640.84 |
| 08/05 | 124,216.32 | 08/17 | 131,857.52 | 08/27 | 115,323.19 |
| 08/06 | 151,196.47 | 08/18 | 133,351.51 | 08/30 | 112,294.35 |
| 08/09 | 183,189.56 | 08/19 | 132,843.80 | 08/31 | 121,010.74 |
| 08/10 | 134,422.78 | 08/20 | 132,878.80 | | |

Pinnacle, An American Management Services Company
BANK RECONCILIATION

**PROPERTY:** Caviata @ Kiley Ranch  
**MONTH:** Aug-10

**BANK:** Bank of America  
**ACCOUNT TYPE:** Operating  
**ACCOUNT NUMBER:** ▮▮▮▮8344  
**G/L NUMBER:** 1110-000

### OUTSTANDING CHECKS*

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 02/05/10 | 1476 | 0.21 | | | |
| 03/08/10 | 1698 | 10.00 | | | |
| 04/20/10 | 1761 | 3.67 | | | |
| 06/14/10 | 1831 | 0.82 | | | |

### RECONCILIATION

| Description | Date | Amount |
|---|---|---|
| Bank Statement Balance 8344: | | $ 80,282.63 |
| Outstanding Checks (See Left): | | (14.70) |
| Outstanding NSF's (See Below): | | 2,562.00 |
| Outstanding Deposits/Wires: | | |
| **Deposits/Wires Clearing Early:** | | |
| Batch 1082363 | 07/12/10 | (1,574.50) |
| Batch 1082500 | 07/13/10 | (1,112.50) |
| Batch 1082077 | 07/13/10 | (1,265.00) |
| Batch 1081867 | 07/14/10 | (1,606.53) |
| Batch 1082595 | 07/15/10 | (1,050.00) |
| Batch 1082576 | 07/15/10 | (3,108.73) |
| **Disbursements Clearing Early:** | | |
| **Other Reconciling Items:** | | |
| 2/10 Security Reconciliation | 02/20/10 | 258.21 |
| 5/10 Security Reconciliation | 05/20/10 | (115.88) |
| **Journal Entries:** | | |
| 07/10 Merchant Bank Fees | 07/06/10 | 244.47 |
| 07/10 OneSite Billing | 07/15/10 | 319.85 |
| 07/10 Account Analysis Charge | 07/15/10 | 318.60 |
| 08/10 Account Analysis Charge | 08/16/10 | 153.07 |
| **Mgmt. Company Items:** | | |
| **G/L Balance:** | | $ 74,290.99 |

Total Outstanding Checks: 14.70

### OUTSTANDING RETURNED DEPOSIT ITEMS / NSF'S

| Date | Amount | Issuer / Explanation |
|---|---|---|
| 06/08/10 | 1,540.00 | Image unavailable |
| 06/17/10 | 1,187.00 | Image unavailable |
| 06/09/10 | (1,370.00) | Adele Barnes |
| 07/07/10 | 1,205.00 | Dirk Westergard |
| | 2,562.00 | |

**COMMENTS:** 02/10 and 05/20 Security transfers to be done in September. NSFs dated 06/10 will be entered in September. Deposits dated 07/10 are to be transferred to new operating account in September.

* See Outstanding Checks Schedule for detail on checks older than 90 days.

Prepared By: /s/ Perez    Date: 9-24-10  
Approved By: /s/    Date: 9/24/2010  
Reviewed By: _____    Date: _____



# Bank of America

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number        8344
01 01 149 01 M0000 E#        0
Last Statement:  07/30/2010
This Statement:  08/31/2010

NX 0000 01 000 310 021592 #@01 SP 0.357
CAVIATA ATTACHED HOMES, LLC
DEBTOR IN POSSESSION #09-52786
OPERATING ACCOUNT
2600 LAKE LUCIEN DRIVE #300
MAITLAND FL  32751

Customer Service
1-800-342-7722

Page    1 of    2

nkruptcy Case Number:0952786

## ANALYZED CHECKING

### Account Summary Information

| | |
|---|---|
| Statement Period 07/31/2010 - 08/31/2010 | Statement Beginning Balance          80,435.70 |
| Number of Deposits/Credits          0 | Amount of Deposits/Credits                .00 |
| Number of Checks                    0 | Amount of Checks                          .00 |
| Number of Other Debits              1 | Amount of Other Debits                 153.07 |
| | Statement Ending Balance            80,282.63 |
| Number of Enclosures                0 | Service Charge                            .00 |

### Withdrawals and Debits

**Other Debits**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/16 | | 153.07 | Account Analysis Fee ANALYSIS CHARGE JULY BILLING FOR DETAIL 37555-68344 | 087900396 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/30 | 80,435.70 | 80,435.70 | 08/31 | 80,282.63 | 80,282.63 |
| 08/16 | 80,282.63 | 80,282.63 | | | |

```
CUSTOMER CONNECTION                      Account Number         8344
BANK OF AMERICA, N.A.                    01 01 149 01 M0000 E#     0
DALLAS, TEXAS   75283-2406               Last Statement:    07/30/2010
                                         This Statement:    08/31/2010


                                         Customer Service
                                         1-800-342-7722
      CAVIATA ATTACHED HOMES, LLC


                                         Page       2 of    2

                                         Bankruptcy Case Number:0952786
```

**IMPORTANT INFORMATION**

**CHANGE OF ADDRESS.** Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.** All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.** If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.